UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BRYAN B., | ) | Civil Action No: 3:23-cv-01495-DNH-TWD |
|     *Plaintiff*, | ) | |
| | ) | Hon. David N. Hurd |
| vs. | ) | United States District Judge |
| | ) | |
| MARTIN J. O'MALLEY, | ) | Hon. Thérèse Wiley Dancks |
| COMMISSIONER OF | ) | United States Magistrate Judge |
| SOCIAL SECURITY, | ) | |
|     *Defendant*. | ) | Stipulation – Document Filed Electronically |

**Parties' Stipulation for Remand and Proposed Order**

The parties stipulate that the Acting Commissioner's final decision be reversed and that this action be remanded to the Acting Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Acting Commissioner will offer Plaintiff the opportunity for a new hearing; take further action to complete the administrative record; and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Martin J. O'Malley, | Bryan B., |
| Commissioner of | |
| Social Security, | |
| | |
| By His Attorneys, | By His Attorney, |
| | |
| Carla B. Freedman, | |
| United States Attorney | |
| | |
| */s/ Geoffrey M. Peters* | */s/ Justin M. Goldstein* [1] |
| Geoffrey M. Peters | Justin M. Goldstein, Esq. |
| Special Assistant United States Attorney | Law Offices of Kenneth Hiller, PLLC |
| NDNY Bar Roll No. 704027 | 6000 North Bailey Avenue - Suite 1A |

---

[1] Signed by SAUSA Peters on behalf of Mr. Goldstein with his consent obtained via email.

1

Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(212) 264-1298
Geoffrey.Peters@ssa.gov

Amherst, NY 14226
716-564-3288
jgoldstein@kennethhiller.com

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: 03-18-2024