# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Bryan Henry Burkard**
       Plaintiff(s)

vs.                                     **CASE NUMBER: 3:23-cv-1495 (DNH/TWD)**

**Martin J. O'Malley**
**Commissioner of Social Security**
       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER ON STIPULATION FOR REMAND pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Acting Commissioner will offer Plaintiff the opportunity for a new hearing; take further action to complete the administrative record; and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated March 18, 2024.

DATED: March 18, 2024

*John Domurad*
Clerk of Court

s/Kathy Rogers
Deputy Clerk