# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Bryan Henry Burkard**
      Plaintiff(s)

vs.                               CASE NUMBER: 3:23-cv-1495 (DNH/TWD)

**Martin J. O'Malley**
**Commissioner of Social Security**
      Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER re 12 Stipulation filed by Martin J. O'Malley.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated April 15, 2024.

DATED: April 15, 2024

*[signature]*
Clerk of Court

s/Kathy Rogers
Deputy Clerk